UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of July, two thousand and fourteen,

Maxim Litvinov, on behalf of himself and all others simiarly situated, Tamika Lewis,

    Plaintiffs - Appellants,

Giovannni Rodriguez,

    Plaintiff,

v.

UnitedHealth Group Incorporated,

    Defendant - Appellee.

ORDER
Docket No. 14-1183

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/18/2014